UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA        :
                                                    :     13 Cr. 253 (LGS)
                  -against-           :
                                                    :     <u>ORDER</u>
    SELIN SANTANA,                      :
                          Defendant,  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       It is hereby **ORDERED** the parties shall file a joint status letter on **October 12, 2022,** informing the Court of the status of Defendant's compliance with the terms of his supervised release and their respective positions with respect to the pending specifications including whether a disposition has been reached or if an evidentiary hearing is needed.

Dated: October 7, 2022
       New York, New York

                                                        **LORNA G. SCHOFIELD**
                                               **UNITED STATES DISTRICT JUDGE**