

**Andrew M. J. Bernstein, Esq.**

Partner

Direct  212.209.4452

abernstein@atllp.com

October 12, 2022

**BY ECF**

Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:  **USA v. Santana**
       **13 Cr. 253 (LGS)**

*Application Granted. The parties shall appear for a change of plea hearing on **October 31, 2022, at 11:00 a.m.** The parties shall file any sentencing submission by **October 24, 2022**. The Clerk of the Court is directed to terminate the letter motion at docket number 19.*

*Dated: October 13, 2022*
*New York, New York*

*LORNA G. SCHOFIELD*
*UNITED STATES DISTRICT JUDGE*

Dear Judge Schofield,

As the Court is aware, I am the CJA-appointed counsel for the defendant Selin Santana in the above captioned matter. I write to the Court pursuant to the Order filed October 7, 2022, to provide Your Honor with a joint status update (*See* ECF Doc. No. 17).

Mr. Santana intends to admit to both specifications as detailed in the Supervised Release report from the Southern District of New York Probation Department, dated February 16, 2016. In light of this, the Government and the defense jointly request that an appearance should be scheduled as soon as possible. The Government and the defense further request that Mr. Santana be sentenced at that appearance as well.

The parties are available to appear any date this month other than the 14th and 28th.

If the Court has any questions, please feel free to reach out to my office or AUSA Jaclyn Delligatti.

Thank you.

Respectfully Submitted,

Andrew M. J. Bernstein
*Partner*
ARMSTRONG TEASDALE LLP

*Counsel for Defendant Selin Santana*

ARMSTRONG TEASDALE LLP | 7 TIMES SQUARE, 44TH FLOOR, NEW YORK, NY 10036  T  212.209.4400  ArmstrongTeasdale.com